ALBERT L. LINCOLN, EXECUTOR OF THE LAST WILL AND
TESTAMENT OF MARY LEWIS WILLIAMS, DECEASED,

*v.*

STATE OF ILLINOIS.

*Opinion filed December 17, 1914.*

INHERITANCE TAX—*when an award will be made.* In this claim,
after the inheritance tax had been paid, an appeal was prayed from
the order of the county judge fixing the inheritance tax to the
county court, which court reduced the tax. Demands were made
on the State Treasurer and county treasurer for a refund of the
tax. The claimant having complied with the law in every respect
is given an award.

Stead, Lincoln and Fitch, for Claimant.

P. J. Lucey, Attorney General, and Arthur R. Roy, Assistant Attorney General, for State.

On the 13th day of May, 1913, the county judge of
Cook County, Illinois, entered an order in the estate
of Mary Lewis Williams, deceased, approving a report
of the appraiser in connection with property values of
said estate, and assessed an inheritance tax thereon of
six hundred nineteen and twenty-seven hundredths
($619.27) dollars, with interest at the rate of six per
cent from September 12, 1912.

Claimant paid this amount to the county treasurer
under protest, and prosecuted an appeal from said
order of the county judge to the county court of Cook
County, for the purpose of having the amount of inheritance tax reduced.

Upon a hearing of this cause in the county court, a
final order and judgment was entered finding that the
county judge erroneously assessed a tax of six hundred nineteen and twenty-seven hundredths ($619.27)
dollars, and said order further found that the sum of
four hundred ($400.00) dollars, with interest amounting to sixteen ($16.00) dollars, was the correct and
legal assessable tax in said estate.

Said order also decreed, that the executor had erroneously paid to the State of Illinois, the sum of two hundred twenty-eight and four hundredths ($228.04) dollars, in excess of the amount that should have been paid by him on account of said estate.

After securing the final order in the county court, claimant made a written demand upon the county treasurer and upon the State Treasurer for a refund of the taxes erroneously collected from him, but has been unable to collect same.

He has complied with the law in every respect in order to obtain the refund to which he is entitled, and we, therefore, make an award in his favor for two hundred twenty-eight and four hundredths ($228.04) dollars.